AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DaiQuana Coles ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-6407 |
| Ana Suro and Emily Walsh ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ana Suro and Emily Walsh.

Date: 06/05/2023

*Attorney's signature*

Peachie L. Jones     [n/a]
*Printed name and bar number*

City of Rochester Law Department
30 Church Street, Room 400A
Rochester, NY 14614
*Address*

Peachie.Jones@CityofRochester.gov
*E-mail address*

(585) 428-7992
*Telephone number*

(585) 428-6950
*FAX number*